UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN GEYLA CHAPMAN,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>        Defendant. | CASE NO. C16-1546 BAT<br><br>**ORDER SETTING IN-COURT STATUS HEARING** |

Although granted extensions of time twice, plaintiff has twice failed to file an opening brief. The Court **ORDERS** the parties to appear at an in-court status hearing in **Courtroom 12A on Wednesday, June 14, 2017, at 10:00 a.m.** The parties should be prepared to discuss the whether this case should proceed and, if so, how.

DATED this 7th day of June, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING IN-COURT STATUS HEARING - 1