1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8
LYNN GEYLA CHAPMAN,

Plaintiff,

9
v.

10
NANCY A. BERRYHILL,

11
Defendant.

12

CASE NO. C16-1546 BAT

**ORDER STRIKING HEARING AND GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

13      The Court set a June 14, 2017 hearing to determine why plaintiff's counsel twice missed

14  briefing deadlines. Dkt. 17. Plaintiff's counsel now seeks to strike the hearing and to voluntarily

15  dismiss this case. Dkt. 18. Counsel states that this voluntary dismissal is requested with

16  plaintiff's knowledge, consent, and understanding. *Id.*, at 1. Counsel suggests that the only

17  reason he missed the last briefing deadline by thirteen days was because he was "re-review[ing]"

18  the case, which was itself filed eight months ago. *Id.*

19      The Court finds that counsel's excuse for failing to file a brief, to seek an extension of

20  time, or to communicate with the court—he did not understand his own case—to be specious and

21  unacceptable. Nonetheless, the Court will take at face value counsel's assertion that plaintiff has

22  made an informed decision to seek voluntary dismissal of this case. The Court therefore

23

1  **STRIKES** the hearing scheduled for June 14, 2017, and **GRANTS VOLUNTARY**

2  **DISMISSAL** of this case without prejudice. *See* Fed. R. Civ. P. 41(a)(2).

3      DATED this 13th day of June, 2017.

4

5  _____
   BRIAN A. TSUCHIDA

6  United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER STRIKING HEARING AND GRANTING VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 2